993 A.2d 1225

IN THE MATTER OF NATHAN SNYDER,
AN ATTORNEY AT LAW.

June 2, 2010.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 09–350, concluding that **NATHAN SNYDER** of **VOORHEES,** who was admitted to the bar of this State in 1990, should be admonished for the unethical conduct established in District Docket No. XIV–2008–0486E;

And the Court having determined from its review of the record that respondent's actions constitute minor unethical conduct that warrants treatment under *Rule* 1:20–3(i)(2);

And good cause appearing;

It is ORDERED that **NATHAN SNYDER** perform three-way reconciliations of his attorney trust account on a monthly basis and submit proof thereof to the Office of Attorney Ethics for a period of six months;  and it is further

ORDERED that the Director of the Office of Attorney Ethics shall report to the Court regarding respondent's compliance, and on report by the Director that **NATHAN SNYDER** has complied with said conditions, District Docket No. XIV–2008–0486E shall be dismissed.